### 25425. CITY OF ROME *v.* HOLCOMB.

SUTTON, J. This is a companion case to that of *City of Rome* v. *Brown,* ante, 6, and is controlled by the opinion in that case.

*Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

DECIDED JUNE 9, 1936. REHEARING DENIED JULY 6, 1936.

*W. B. Mebane,* for plaintiff in error. *Maddox & Griffin,* contra.